UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, AND ANNUITY FUNDS, TRUSTEES OF THE PAVERS DISTRICT COUNCIL APPRENTICESHIP, SKILL IMPROVEMENT, AND TRAINING FUND, and TRUSTEES OF THE LOCAL 1010 APPRENTICESHIP, SKILL IMPROVEMENT, AND TRAINING FUND,<br><br>Plaintiffs,<br><br>-against-<br><br>HHJR CONSTRUCTION, LTD. d/b/a ACCURATE ENTERPRISES.,<br><br>Defendant. | 20 CV 4700 (FB) (PK)<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiffs and Defendant HHJR Construction, Ltd. d/b/a Accurate Enterprises, that all claims in the above-captioned action by Plaintiffs against Defendant HHJR Construction, Ltd. d/b/a Accurate Enterprises are hereby dismissed with prejudice and without costs to any parties as against the others.

**VIRGINIA & AMBINDER, LLP**

By: _____
Adrianna R. Grancio, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080
agrancio@vandallp.com
*Attorneys for Plaintiffs*

**RABINOWITZ, GALINA, and ROSEN, ESQS.**

By: _____
Michael M. Rabinowitz, Esq.
94 Willis Avenue
Mineola, New York 11501
(516) 739-8222
mwitz@optonline.net
*Attorneys for Defendant*

Dated: ~~August~~ 24, 2021            Dated: August 26, 2021
       Sept.